IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stephen Edwards, Inc. | ) | No. CV12-02494-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| American Express Company, et al., | ) | |
| Defendants. | ) | |

The Court has reviewed Plaintiff's Motion to Dismiss Defendant American Express.

IT IS ORDERED granting Plaintiff's Motion to Dismiss American Express. (Doc. 19)

IT IS FURTHER ORDERED dismissing Defendant American Express Company with prejudice.

DATED this 23rd day of January, 2013.

_____
Susan R. Bolton
United States District Judge