# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Edwards, Inc., d/b/a Stephen Edwards, )<br>)<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>American Express Company, et al., )<br>)<br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CV-12-2494-PHX-SRB |

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 17, 2013, judgment is entered in favor of defendants Equifax Incorporated, Experian Information Solutions and TransUnion LLC and against plaintiff. Plaintiff to take nothing, and complaint and action are hereby dismissed.

                                                              BRIAN D. KARTH
                                                              District Court Executive/Clerk

February 22, 2013

                                                              s/L. Dixon
                                                              By: Deputy Clerk

cc: (all counsel)